IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABSOLUTE ESSENCE, LLC**                                                                 **PLAINTIFF**

V.                                            **4:22CV294 JM**

**PUBLIC CONSULTING GROUP LLC,
PUBLIC CONSULTING GROUP INC,
PUBLIC CONSULTING HOLDINGS GROUP INC,
VERACIOUS INVESTIGATIVE AND
COMPLIANCE INT'L LLC, d/b/a
VERACIOUS SOLUTIONS, LLC d/b/a
VERACIOUS COMPLIANCE SOLUTIONS LLC,
CHAD W. WESTOM, SAMAARA YAEL ROBBINS,
DOES, JANE AND JOHN 1-10**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2023.

_____
James M. Moody Jr.
United States District Judge